PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
P.O. Box 5843
Oakland, CA 94605
Telephone: (510) 452-0292
E-mail: pamela@pypesq.com

Attorneys for Plaintiff
NATHANIEL HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL HOLMES,<br><br>           Plaintiff,<br><br>v.<br><br>TENDERLOIN NEIGHBORHOOD<br>DEVELOPMENT CORPORATION,<br><br>           Defendant. | NO.    C19-CV-05548 YGR<br><br>**STIPULATION AND [PROPOSED]<br>ORDER FOR DISMISSAL WITH<br>PREJUDICE** |

COMES NOW Plaintiff NATHANIEL HOLMES and Defendant TENDERLOIN NEIGHBORHOOD DEVELOPMENT CORPORATION and hereby stipulate that the Complaint in this matter may and shall be dismissed with prejudice pursuant to FRCP 41(a)(1). No party is deemed as the prevailing party in this action.

Dated: March 24, 2020          LAW OFFICE OF PAMELA Y. PRICE


          /s/ *Pamela Y. Price*
          PAMELA Y. PRICE, Attorney for Plaintiff
          NATHANIEL HOLMES

Dated: March 24, 2020          JACKSON LEWIS


          /s/ *Angel R. Sevilla*
          ANGEL R. SEVILLA, Attorneys for Defendant
          TENDERLOIN NEIGHBORHOOD
          DEVELOPMENT CORPORATION

13515P203

-1-
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL (C19-CV-05548 YGR)

## ORDER FOR DISMISSAL

Pursuant to the foregoing Stipulation of the parties, **IT IS HEREBY ORDERED** that this action shall be dismissed with prejudice and no party is deemed the prevailing party in the action.

Dated:   March 25, 2020

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE